No. 813. SCHROEDER *v.* PRUDENTIAL INSURANCE CO. OF AMERICA. C. A. 5th Cir. Certiorari denied. *Bert Bader* and *Richard T. Marshall* for petitioner. *R. Philip Schulze* and *William Duncan* for respondent.

No. 815. MCCABE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Edward J. Calihan, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John M. Brant* for the United States.

No. 816. LODGE 1746, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. *Plato E. Papps* and *Mozart G. Ratner* for petitioners. *Solicitor General Griswold* and *Arnold Ordman* for National Labor Relations Board, and *Guy Farmer, John A. McGuinn,* and *Joseph C. Wells* for United Aircraft Corp., respondents.

No. 819. WARE ET AL. *v.* ROYAL INDEMNITY CORP. ET AL. C. A. 10th Cir. Certiorari denied. *Robert J. Woolsey* for petitioners Ware et al. *Philip N. Landa* for respondents.

No. 850. C & P PLAZA DEPARTMENT STORE, DIVISION OF C & P SHOPPING CENTER, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied. *Paul C. Gartzke* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for respondent National Labor Relations Board.